# United States District Court
# For The Western District of North Carolina
# Asheville Division

Henry H. Bettis, III ,

    Plaintiff(s),

vs.

State of North Carolina ,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:10-cv-68

DECISION BY COURT.  This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 23, 2010 Order.

Signed: March 23, 2010

Frank G. Johns, Clerk
United States District Court